UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2003 JUL 11 PM 4:04

J W SKUPNIEWITZ
CLERK US DIST COURT
WD OF WI

JAMES FLAD,

      Plaintiff,

    v.

ADAM WILLIAMS, SCOTT CASAR,
SUZANNE COOPER, INC.,
SUZANNE COOPER, THE DAYTON
NETWORK ACCESS CO.,
WWW.FUNLOL.COM,
WAYNE STAFFORD, FUNNYJUNK, INC.,
WWW.PASSAPAGE.COM
and LEIGH DASILVA,
MRS. O'POODLES & COMPANY,
TX COMMUNICATIONS PTY., LTD.,
and MILLAN MEDIA,

      Defendants.

Case No.:03-C-0158-C

---

NOTICE OF VOLUNTARY DISMISSAL
(WWW.PASSAPAGE.COM; DAYTON NETWORK
ACCESS CO.; FUNNYJUNK, INC.)

---

To:   WWW.PASSAPAGE.COM,
      5484 6th Avenue
      Delta, BC V4M1L8
      Canada

      THE DAYTON NETWORK ACCESS CO.,
      Daniel J. Ryan, Registered Agent
      4151 Walshwood Court
      Dayton, OH 45424

FUNNYJUNK, INC.,
552 Highland Rd., Apt 23
Baton Rouge, LA 70726

**PLEASE TAKE NOTICE** that plaintiff James Flad hereby voluntarily dismisses, without prejudice, all claims and causes of action asserted in the above action against defendants www.passapage.com, The Dayton Network Access Company and Funnyjunk, Inc., pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure. This Notice and such dismissal do not apply to any defendants other than the defendants named herein. No responsive pleading or motion has been served by any of the defendants named herein in the above action.

Dated: July 11, 2003.

**DEWITT ROSS & STEVENS** s.c.

By: *Joseph Q. Ranney*
Joseph T. Leone (#1018149)
Joseph A. Ranney (#1005007)
Two East Mifflin Street, Suite 600
Madison, WI 53703-2865
608-255-8891
Attorneys for Plaintiff
